(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

## Western District of New York

Jamal Fareed

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Buffalo Police that
arrested me, et al

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above,
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 18-CV-1328
*(to be filled in by the Clerk's Office)*

22 CV 701-V

JURY TRIAL: Yes X  No___

UNITED STATES DISTRICT COURT
FILED
SEP 15 2022
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

PLEASE excuse my writing. I
had a stroke.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMAL FAREED

All other names by which you have been known:

ID Number: 4275

Current Institution: 40 DEL. AVE.

Address: BFLO., N.Y. 14202

| City | State | Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Buffalo Police of

Job or Title (*if known*): Arrest

Shield Number:

Employer: Head quarters

Address: 68 Court St.

BFLO, N.Y. 14202

| City | State | Zip Code |

[ ] Individual capacity    [X] Official capacity

Defendant No. 2

Name: Buffalo Police

Job or Title (*if known*): Detective

Shield Number:

Employer: Head quarters

Address: 68 Court St

BFLO. N.Y. 14202

| City | State | Zip Code |

[ ] Individual capacity    [X] Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                          *City*          *State*         *Zip Code*

    ☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                          *City*          *State*         *Zip Code*

    ☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

           ☐ Federal officials (a *Bivens* claim)

           ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        The Right to be secure in my Possessions.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)*

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE Original complaint
18-CV-P328

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

1.

# Day of Arrest

I Jamal Fareed was arrested without a warrant to arrest me. A lady Buffalo Police officer just arrested me at Elmwood Ave. And Virginia st. at about 10 a.m. on — — 2018, And took me to Headquarters 68 Court st. Having no warrant for the arrest was illegal and made everything the fruit of poisonous tree →

She turned me over to a lady Detective name Ms. J I asked her " I hope you don't mind me remaining silent, the 5th. She told me it was ok." I asked her why I was there. She told me "I will not talk to her, so she will not tell me why I had been arrested. I was denied to have an Attorney present. All of this made the fruit of a poisonous tree more poisonous! She held me till around 4 p.m. over the phone she asked the D.A. for a warrant to take my coat, cane and phone.

2.

She left and returned with the
warrant to take my coat, cane and
phone, with two more officers.
She ordered me to take off my
clothes, shirt and undershirt. I
did as she ordered revealing my
skin. I was very insecure and
threatened by the three. I was to
be secure in my possessions, but
was not. She took pictures of my
body from and back, and both of
my arms. Around 6 p.m. I was
set free to leave without a
change. But she kept my coat,
cane and phone.
I caught the Pneumonia from her
taking my coat, and had to go to
the V.A.M.C. (hospital). They gave
me antibiotics 5 days.
Twice I caught Pneumonia, and had
to be treated at V.A.M.C. and
given more antibiotics 5 days.
I hurt all over, I was very
weak and insecure. I was to be
secure in my possessions. She
made insecure by taking my coat.
I lost my balance by taking
my cane, my phone was cut off

3

And I could not communicate. All
my possessions were the Fruit
of a poisonous tree, illegal.
They are illegal, and are to be
Returned.
I have the Rights of Privacy the
Hippa Law of Confidence they
are violating, by giving information off of my phone.
My phone had not been Reported
At All. It had not been seen,
it had not been displayed at
all. It had not been charged
at All. The Warrant had no
Reason to take the phone.
They were the Fruits of a
poisonous tree. My coat, Cane
and phone should have been
Released to me, when I was
Allowed to go Free.
I was living at the Mens
Shelter in Charollette, N.C.
About to get a church. Two
marshals came on private
property jumped and Arrested me, using a Warrant in
the name of Jame Roseboro,
Soc. Sec. No. not mine.

6.

If my phone is used in the
GRAND JURY Presentment
Against me, it will be A self
incrimination, violating my
Civil Rights.
The phone is the Fruit of A
poisonous tree and should not
be used. 3 years No bail.
At this juncture the case should
be thrown out.
I WANT A identification process.
I WANT A copy of TRANSCRIPTS
of GRAND JURY Presentment.
I WANT A Suppression Hearing.
I WANT A copy of the ARREST
WARRANT to Appeal the
False ARREST.
I WANT A JURY TRIAL
I WANT MY Attorney to be in
my best interest
I WANT to be compensated At the
sum of One Million dollars
$1,000,000.00

So help me God
Jamal Fareed

I WANT A copy of WARRANT to
take out, one phone.

4.

No Fingerprints was a part of the
ARREST or CRIME. No photo of me
was a part of the ARREST. Just
the WARRANT was used in the
ARREST.
Fingerprints were taken of me
and ignored. They took 90
days to get a WARRANT of
the Governor from New York
State. They brought me back
to Erie County.
   Then in the name James
Roseboro, Soc. Sec. No. I was
taken to County Court NO bail.
I recieved NO Notice to change
James Roseboro to Jamal
Fareed at all. County Court
just added my name to the
ARREST without a Notice or
Hearing. unethical.
The phone taken before ARREST
in 2018, is now being used against
me without Notice to me
they was ever in this case. I was
denied to be at the Grand
Jury Presentment to be sure of
correct testimony. I want a
copy of the TRANSCRIPTS to the

5

Grand Jury Presentment. There was no identification to the arrest, and mix-up of names. Which name is the correct one Court should be using. A identification process is Due.

My coat, cane, and phone is to be suppressed so no one can use them, and deleted. Returned.

I wrote US District Court-WDNY wanting to forgive Buffalo Police. I did not Notify the Buffalo Police. The Civil violation still Remain. The Buffalo Police have not given me my coat, cane, phone. Since the Buffalo Police are still pursuing the arrest, I will continue my Civil Claim. I was under the 5th. All that I was about was to remain silent. I gave no one permission to give information from my phone. I object to the hearsay what the phone says or meant.

Now County Court is using my coat, cane, and phone against me. To self incriminate me.

I have been falsely arrested for 3 years under the name James Roseboro, Soc. Sec. No. not mine. No bail 3 yrs.

It is all the fruit of a poisonous tree unlawful.

I want my coat, cane, and phone returned, and them suppressed or deleted from the Records so they can not be used against me.

Nothing will change I was falsely arrested I've been held 3 years without a bail.

I want to be compensated at the Million dollars Requested. in   So help me God.

18-CV-1328   Jamal Fareed

God is my Witness

2018 ARREST, NO WARRANT WAS
before I WAS CHARGED.
The ARREST WAS illegal, the
coat, cane, phone were
the fruits of A poisonous tree.
This happened before I
WAS CHARGED AND the
Judge may not WANT to
hear it. But the coat,
cane, and phone ARE IN
the Judges court. They ARe
illegal, the fruit of A
poisonous tree AND I WANT
them returned, And you
CAN delete the information
from the phone. From the
Courts RECORDS.
                    So help me God
                    JAMAL FAREED


Identification process
is Due Process.
              So help me God
                    Jamal Fareed
God is TRUTh
You falsely ARRested me.
Who will you HONOR.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

In original Complaint

**D.**    What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Please see orignal
complaint
18 - cv - 1328

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pnemonia twice. Please
see orignal complaint

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want my coat, cane, phone, And
$1,000,000.00 One Million
Dollars.

For deprivation 4 years
And Pnemonia twice

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

**D.**     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.**     If you did file a grievance:

1.   Where did you file the grievance?

 

2.   What did you claim in your grievance?

 

3.   What was the result, if any?

 

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

 

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

**B.**     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.     Docket or index number

_____

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   8 - ~ 22

Signature of Plaintiff   Jamal Fareed

Printed Name of Plaintiff   JAMAL FAREED

Prison Identification #   4275

Prison Address   40 Del Ave.

BFLO, N.Y. 14202

|  | City | State | Zip Code |

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

|  | City | State | Zip Code |

Telephone Number   _____

E-mail Address   _____

Print   Save As...   Add Attachment   Reset

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

**22 CV 701**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Jamal Fareed

**DEFENDANTS** Buffalo Police that arrest me, et al

**(b)** County of Residence of First Listed Plaintiff  Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Erie
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff

[ ] 3 Federal Question *(U.S. Government Not a Party)*

[X] 2 U.S. Government Defendant

[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding

[ ] 2 Removed from State Court

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from Another District *(specify)*

[ ] 6 Multidistrict Litigation - Transfer

[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:  arrest without warrant

## VII. REQUESTED IN COMPLAINT:

[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  $1,000,000,00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*  JUDGE _____  DOCKET NUMBER _____

DATE  Sept 2, 22      SIGNATURE OF ATTORNEY OF RECORD  Jamal Fareed

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE  LJV   MAG. JUDGE  MJR

JAMAL JAREED 4275
40 Del. Ave.
BFLo, N.Y. 14202

18-CV-

U.S. District Court - W

2 Niagara Sq.

BFLo., N.Y. 1420

APPROVED SEP 0 9 2022

$ 1.92



1328

Correction
US POSTAGE PITNEY BOWES

ZIP 14202
02 7H
0001316378

$ 001.92⁰
SEP 14 2022

DNY Slerk

USDC - WDNY
SEP 1 5 2022
BUFFALO